IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN LABEE**  **PETITIONER**
Reg #33179-034

VS.  2:17-CV-26-BRW-BD

**GENE BEASLEY, Warden,**
Federal Correctional Institution-Low,
Forrest City, Arkansas  **RESPONDENT**

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Labee's petition for writ of habeas corpus (Doc. No. 1) is DENIED.

IT IS SO ORDERED, this 4th day of April, 2017.

      /s/ Billy Roy Wilson
      UNITED STATES DISTRICT JUDGE