IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN LABEE**                                                                                       **PETITIONER**
**Reg #33179-034**

**VS.**                          **2:17-CV-26-BRW-BD**

**GENE BEASLEY, Warden,**
**Federal Correctional Institution-Low,**
**Forrest City, Arkansas**                                               **RESPONDENT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 4th day of April, 2017.

                                                                             /s/ Billy Roy Wilson
                                                                      UNITED STATES DISTRICT JUDGE